UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 22 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 1:21-CR-217-JMS-TAB |
| v. ) | |
| ) | |
| ANTWAN THOMAS, ) | |
| ) | |
| Defendant. ) | |

## **INDICTMENT**

The Grand Jury charges that:

COUNT 1
18 U.S.C. § 922(g)(1)
Unlawful Possession of a Firearm by a Convicted Felon

On or about June 2, 2021, within the Southern District of Indiana, Indianapolis Division, the defendant,

ANTWAN THOMAS,

did knowingly possess in and affecting commerce a firearm, to wit: a Glock 19X 9mm semiautomatic handgun, after knowingly having been convicted of one or more of the following felony offenses punishable by imprisonment for a term exceeding one (1) year, to wit:

   a. Unlawful Possession of a Firearm by a Convicted Felon, a violation of Title 18, United States Code, Section 922(g)(1), a felony in the United States District Court for the Southern District of Indiana under cause number 1:18-CR-00150-JPH-DML, on or about February 8, 2019; and/or

   b. Theft by Receiving Stolen Property (a Class D felony) in Monroe County (Indiana) under cause number 53C05-1001-FD-00069, on or about April 10, 2013; and/or

  c. Dealing in Marijuana (a Class D felony) in Marion County (Indiana) under cause number 49G14-1201-FD-006990, on or about February 13, 2012; and/or

  d. Possession of Cocaine (a Class D felony) in Marion County (Indiana) under cause number 49G14-1008-FD-064288, on or about August 24, 2010,

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of an offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to:

- Glock 19X 9mm semiautomatic handgun,
- All ammunition and magazines.

A TRUE BILL

_____
FOREPERSON

JOHN E. CHILDRESS
ACTING UNITED STATES ATTORNEY

by: _____
Jeremy A. Morris
Assistant United States Attorney

3